# EXHIBIT "A"

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00087-S2**
**1/6/2022 12:22 PM**
TIANA P. GARNER, CLERK

## IN THE STATE COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| VICTORIA UBANI,<br><br>     Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC.,<br>JOHN DOE, ABC COMPANY, and<br>XYZ CORPORATION,<br><br>     Defendants. | CIVIL ACTION FILE<br>NO.:<br><br>22-C-00087-S2 |

### PLAINTIFF'S COMPLAINT FOR DAMAGES

**COMES NOW**, Plaintiff VICTORIA UBANI, by and through the undersigned counsel and files her Complaint against the above- named Defendants DOLLAR TREE STORES, INC., in the above-styled action and states the following:

#### I. PARTIES AND JURISDICTION

1.

Plaintiff is a citizen and resident of the State of Georgia.

2.

Defendant Dollar Tree Stores, Inc. ("Dollar Tree") is a foreign (Virginia) for-profit corporation authorized to do business in the State of Georgia and is therefore subject to the jurisdiction of this Court. Dollar Tree's principal office 500 Volvo Parkway, Chesapeake, VA 23320, and who has a company, Corporation Service Company, as a registered agent for service of process, with a registered agent address at 2 Sun Court, Suite 400 Peachtree Corners, Georgia 30092, Gwinnett County.

3.

Defendant XYZ CORPORATION and John Doe are individuals, corporations, limited

liability companies, partnerships or other persons or entities whose correct identities are currently unknown and who had possession, custody, and control over the commercial building and property Dollar Tree.

3.

Defendants maintain a registered agent office in Gwinnett County. Venue is proper in this Court pursuant to O.C.G.A § 14-2-510 (b)(1).

4.

Subject matter and personal jurisdiction over each of the Defendants is properly before this Court pursuant to Ga. Const. Art. VI §III, and O.C.G.A. §9-10-91 (1), (2) and (4).

## II. FACTS

5.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 4 as if fully set forth herein.

6.

On or about February 20, 2020, Plaintiff was an invitee at Defendant Dollar Tree's store (hereinafter "the premises") located at 4720 Jonesboro Road, Union City, Fulton County, Georgia 30291.

7.

At the same time and place, while in the store, Plaintiff slipped on a foreign substance that the premises negligently allowed to remain on the floor, creating a hazardous condition, which caused the Plaintiff to slip and fall on the floor and sustain serious and permanent injuries.

8.

Plaintiff was exercising ordinary care for her own safety and lacked knowledge of the hazard.

### III. NEGLIGENCE

9.

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 8 as if fully set forth herein.

10.

Under Georgia law, "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches safe." O.C.G.A. § 51-3-1.

11.

Defendants had actual and/or constructive knowledge of the hazard on the floor.

12.

At the same time and place, the Defendants failed to make reasonable inspections of the aisle way and failed to keep the aisle way clean and clear of hazards.

13.

Responsible for owning and maintaining the store, the Defendants had a duty to exercise reasonable care to ensure that its property and premises were in a safe condition, including warning of and/or eliminating known dangers, inspecting the premises for hidden dangers and taking all other reasonable steps to ensure the safety of those coming onto Defendants' property, including Plaintiff, from unknown hazards. The defendants breached that duty.

14.

Plaintiff's resulting injuries were proximately caused by the negligence of the Defendant, its employees and agents. The Defendants' negligence includes but is not limited to the improper management and maintenance of the premises, as well as failure to warn of potential dangers.

### IV. DAMAGES

Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 4 as if fully set forth herein.

15.

As a direct and proximate result of Defendants' negligence, Plaintiff incurred in excess of $55,000, in past medical expenses.

16.

As a direct, sole and proximate result of the negligent and/or wanton and reckless misconduct of the Defendants, Plaintiff has sustained severe and excruciating physical pain including a left shoulder rotator cuff tear and mental pain and suffering, lost earnings, and will continue to experience such physical and mental pain and suffering in the future and will continue to incur related medical expenses for the treatment of said injuries which will be itemized by appropriate proof hereafter.

17.

Defendants breached their duties to the Plaintiff in one or more of the following ways:

(a) Negligently failing to inspect the premises for latent or readily apparently hazards; leaving said premises to contain a hazardous and dangerous conditions;

(b) Negligently failing to mark premises with adequate warning signs and failing to

  take other reasonable steps to ensure the safety and visibility of hazards in or around the premises;

(c) Negligently failing to provider adequate warnings about the potential existence of the hazards posed by the construction;

(d) Negligently failing to inspect the premises for hidden or concealed hazards;

(e) Negligently failing to discover the existence of the foreign substance and the risks posed thereby to patrons, including the Plaintiff;

(f) Negligently failing to eliminate the hazard posed by the foreign substance;

(g) Negligently failing to exercise ordinary care in inspecting and keeping the premises safe; and

(h) Defendants were otherwise negligent.

## **PRAYERS FOR RELIEF**

**WHEREFORE**, Plaintiff prays for the following relief:

(a) That summons issue requiring the premises to appear as provided by law to answer this Complaint;

(b) That Defendants be timely served with process;

(c) That Plaintiff have a trial by jury on all issues and claims;

(d) That Plaintiff recover damages and all other expenses as permitted under Georgia law;

(e) That all cost be cast against Defendants; and

(f) For such other and further relief as the Court shall deem just and appropriate.

[SIGNATURE PAGE TO FOLLOW]

This 6th day of January, 2022.

Respectfully submitted,

**FOY & ASSOCIATES P.C.**

/s/ Johnquel E. Neal
Johnquel E. Neal, Esq.
Georgia Bar Number: 214455
**Attorney for Plaintiff**

3343 Peachtree Road, N.E. Suite 350
Atlanta, Georgia 30326
(404) 400-4000 Telephone
(470) 552-5285 Facsimile
Email: jneal@johnfoy.com

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00087-S2**
1/6/2022 12:22 PM
TIANA P. GARNER, CLERK

IN THE STATE COURT OF GWINNETT COUNTY

STATE OF GEORGIA

**VICTORIA UBANI**

PLAINTIFF

CIVIL ACTION NUMBER: 22-C-00087-S2

VS.

**DOLLAR TREE STORES, INC.,**

**JOHN DOE, ABC COMPANY, and**

**XYZ CORPORATION,**

DEFENDANT

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

Johnquel E. Neal, Esq.
3343 Peachtree Road, N.E. Suite 350
Atlanta, Georgia 30326
(404) 400-4000 Telephone
Email: jneal@johnfoy.com

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This __6TH__ day of __January__, 20__22__.

Tiana P. Garner
Clerk of State Court

By _____
Deputy Clerk

INSTRUCTIONS: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum sheet is used.

SC-1 Rev. 2011

E-FILED IN OFFICE - EP
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00087-S2**
1/6/2022 12:22 PM
TIANA P. GARNER, CLERK

## General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of **Gwinnett** County

**For Clerk Use Only**

Date Filed _____   Case Number **22-C-00087-S2** _____
MM-DD-YYYY

**Plaintiff(s)**
UBANI, VICTORIA
Last          First          Middle I.    Suffix    Prefix

**Defendant(s)**
DOLLAR TREE STORES, INC.
Last          First          Middle I.    Suffix    Prefix

Plaintiff's Attorney _____    Bar Number _____   Self-Represented ☐

**Check One Case Type in One Box**

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☒ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
Case Number           Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.
_____
_____

Version 1.1.18

E-FILED IN OFFICE - MB
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA
**22-C-00087-S2**
**1/10/2022 3:21 PM**
TIANA P. GARNER, CLERK

# AFFIDAVIT OF SERVICE

| Case: 22-C-00087-S2 | Court: State | County: Gwinnett, GA | Job: 6536404 (22-C-00087-S2) |
|---|---|---|---|
| **Plaintiff / Petitioner:** VICTORIA UBANI | | **Defendant / Respondent:** DOLLAR TREE STORES, INC., JOHN DOE, ABC COMPANY, and XYZ CORPORATION, | |
| **Received by:** Phoenix Legal | | **For:** John Foy & Associates | |
| **To be served upon:** Dollar Tree Stores, Inc. c/o RA: Corporation Service Company | | | |

I, Frank James, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** ALISHA SMITH, 2 SUN CT STE. 400, PEACHTREE CORNERS, GA 30092

**Manner of Service:** Registered Agent, Jan 10, 2022, 12:50 pm EST

**Documents:** SUMMONS, General Civil and Domestic Relations Case Filing Information Form, RULE 5.2 CERTIFICATE OF SERVING DISCOVERY, NOTICE OF LEAVE OF ABSENCE, PLAINTIFF'S COMPLAINT FOR DAMAGES, PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANTS DOLLAR TREE STORES, INC., PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DOLLAR TREE STORES, INC.

**Additional Comments:**
1) Successful Attempt: Jan 10, 2022, 12:50 pm EST at 2 SUN CT STE. 400, PEACHTREE CORNERS, GA 30092 received by ALISHA SMITH. Age: 35; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'8"; Hair: Black; Relationship: AUTHORIZED AGENT;

Frank James         1/10/22
179                 Date

Phoenix Legal
251 Springs Xing
Canton, GA 30114
(770) 873-6999

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

1/10/22
Date                Commission Expires

William A Acree
NOTARY PUBLIC
Gwinnett County, GEORGIA
My Comm. Expires
11/03/2024

Copy from re:SearchGA